PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

```
┌────────────────────────────────────┐
│        U.S. DISTRICT COURT         │
│    NORTHERN DISTRICT OF TEXAS      │
│             FILED                  │
│   ┌──────────────────────┐         │
│   │     JUL 1 1 2023      │         │
│   └──────────────────────┘         │
│   CLERK, U.S. DISTRICT COURT       │
│   By                               │
│              Deputy                │
└────────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

_____

### PETITION FOR WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. § 2241

_Selvin Omar Leiva Melgar_
**PETITIONER**
(Full name of Petitioner)

_TDCJ Formby Unit Plainview, TX_
**CURRENT PLACE OF CONFINEMENT**

vs.

_#2372054_
**PRISONER ID NUMBER**

**5-23CV-145-C**

_Warden Robert Almanza (TDCJ)_
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

**CASE NUMBER**
(Supplied by the District Court Clerk)

---

### INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed _in forma pauperis_ must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed _in forma pauperis_. To proceed _in forma pauperis_, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.    Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6.    Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7.    It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. __   __   pretrial detention;
2. __   ✓   a conviction;
3. __   __   a sentence;
4. __   __   jail or prison conditions;
5. __   __   a prison disciplinary proceeding;
6. __   __   parole or mandatory supervision;
7. __   __   time credits;
8. __   __   other (specify): _____

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.  ⟨Yes⟩   No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** _____

_____

_____

_____

_____

2

1.  Place of detention: _TDCJ Formby     Plainview, TX_ _____

    _____

2.  State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: _____

    _Illegal Reentry / revocation of Supervised release under FRCP 32.1_

3.  Name and location of court in which your case is pending or in which you were convicted:

    _____

    _United States District Court Northern District of Texas Dallas, TX_

4.  The criminal docket or case number and the offense(s) for which you have been charged or convicted: _____

    _3:22-CR-073B_ _____

5.  If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: _____

    _24 Months_ _____

6.  Check whether a finding of guilty was made:

    a.    after a plea of guilty            ✓ _

    b.    after a plea of not guilty         _  _

    c.    after a plea of nolo contendere    _  _

7.  If you were found guilty, check whether that finding was made by:

    a.    a jury                             _  _

    b.    a judge without a jury             ✓ _

8.  Did you appeal from the judgment of conviction or the imposition of sentence?

          (Yes)           No

9.    If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number:

   *Northern District of Texas Dallas, TX*

   *Case No. 3:22-CR-0073 B(l)*

   (2) Result and date of result: *2/13/2023*

   (3) Grounds raised (list each):

   (a) *None it was an Anders brief with*

   *discretionally provided Matters that involve Substantial rights Violations*

   (b) _____

   _____

   (c) _____

   _____

   (d) _____

   _____

   b. (1) Name of court and docket or case number:

   _____

   _____

   (2) Result and date of result: _____

   (3) Grounds raised (list each):

   (a) _____

   _____

   (b) _____

   _____

   (c) _____

   _____

4

(d)_____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. **GROUND ONE:** _Ineffective Assistance of Counsel on original removal back in the 90's. Violating my Substantive and Sixth Amendment Rights Under the U.S. Constitution pursuant to Strickland V. Washington and progeny_

Supporting facts: _Counsel failed to investigate and try all of the essential elements required to establish removal proceedings, Misdirected me to plea true or guilty when I had nothing to loose by actually trying the case. Also Did not Motion notice for an appeal. Had Me Sign appeal Waiver Knowing it was against My true wishes. Did not Seek out nor provide any legal means to obtain legal lawfull alien status. Did not ask me any questions involving my being in the United States. Did not Challenge indictment/information on its face or on Merits_

✱ _I was a child when my family brought me into America. This evinced by My age on 1st removal_ ✱

b. **GROUND TWO:** _Ineffective Assistance of Counsel on pretrial/final on this instant illegal removal and probation revocation proceeding. Did not Challenge indictment on Merits or Substance. Rearraignment - due process violations in procedural matters   Under the 6th Amend U.S. Const._

Supporting facts: _Counsel did not investigate the matter of the original proceeding and its legality. Counsel did not properly advise me to try the case on the Merits having nothing to lose and everything to gain instead of pleading guilty. Counsel did not ask about or investigate the probation I was previously on that I requested to be transferred to Lantar there in Fla for work_

5

after establishing many months adequately on Federal Probation. Did not raise proper Matters before trial court to preserve proper sufficient grounds for appeal. Counsel did not Move for a speedy trial initially nor Move for a dismissal on due process or speedy trial grounds.

c. **GROUND THREE:** Ineffective Assistance of Counsel on Appeal Violating Substantive Constitutional Rights under the 6th Amendment under Strickland V. Washington

Supporting facts: Counsel on appeal did not challenge trial Counsel's procedure, actions or due process. Appellate Counsel did not Challenge the Sufficiency of the indictment or anything else like Motions that are prima facie on the record. Appellate Counsel did not question or raise awareness on 1) Due Process and Speedy Trial Matters involving State & federal procedings 2) Significant familial ties Married - Wife here in Texas, special needs Son, disabled father 3) Previous Probationary Situation involving due process. Filed Factual Resume was defective and lacking substance and specificity.

d. **GROUND FOUR:** Ineffective Assistance of Counsel in General throughout Counsel as seen on pg 9 pt III did not Move the Court to Consider proper guidlines per statute and did not push for his character/nature and the offense under Gall and Leitner

Supporting facts: Double Jeopardy Matters involving a Sentance and removal/departion Equitable matter involving Counsel not raising awareness of MY past injuries that were fraudulently Concealed concerning an accident of transport from State Custody to federal Custody for this Court knowing that I was and still am injured on and now have a Civil lawsuit Case No 5:23-cv-131 in Lubbock TX and Prejudice will be Shown if I have to litigate that from Houston. Also Counsel abandoned Me on the BSI on basically everything that doesnt discretionally call out what is Substantially unbiased and violates MY rights.

6

11.    Relief sought in this petition: _Requesting Reenstatement of probation/Superwted_
_release after finality of State Habeas Corpus §1107 Matters are_
_resolved. Or proper Means to obtain Some level of legal entry/resibence_

12.    Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

                Yes           (No)

13.    If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

           a. (1) Name of court and docket or case number:_____

                      _____

              (2) Result and date of result:_____

              (3) Grounds raised (list each):

                      (a)_____

                      _____

                      (b)_____

                      _____

                      (c)_____

                      _____

                      (d)_____

                      _____

           b. (1) Name of court and docket or case number:_____

                      _____

              (2) Result and date of result:_____

               (3) Grounds raised (list each):

                      (a)_____

                      _____

(b) _____

_____

(c) _____

_____

(d) _____

_____

14.    If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

_____

_____

15.    Are you presently represented by counsel?        Yes        No
       If so, name, address and telephone number of attorney:_____

_____

16.    If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?        Yes        No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____

Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on June 30th 2023 _____ (month, day, year).

Executed (signed) on _____ (date). 30th-2023

_____

Signature of Petitioner (required)

Petitioner's current address:

_____

Formby
998 CoRd AA
Plainview, TX 79072

# United States District Court
## Northern District of Texas

*Lubbock Division*

June 21, 2023

Selvin Melgar #02372054
Formby Unit
998 CR AA
Plainview, TX 79072

Re: Your correspondence received in the U.S. District Clerk's Office on 06/21/2023
Case No./Style:

Enclosed you will find one Petition For A Writ of Habeas Corpus, 28 U.S.C. § 2241 form and one Motion to Proceed In Forma Pauperis form.

Please be aware that these forms are available in your unit's law library.

Sincerely,

Deputy Clerk -  {bmh}

Jelvin Umar LeivaMelgar #02372054
TDCI Formby unit
998 County Road AA
Plainview, TX 79072

J3-21

Legal
Mail

United States District Court
office of the Clerk
1205 Texas Ave Room 209
Lubbock TX 79401